**UNITED STATE DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION ) | MDL 1586 |
| ) | |
| ) | |
| IN RE ALGER, COLUMBIA, JANUS, MFS, ) | Case No. 04-MD-15863 |
| ONE GROUP, PUTNAM, and ALLIANZ DRESDNER ) | (Judge J. Frederick Motz) |
| ) | |
| ) | |
| NIKITA MEHTA, AS TRUSTEE OF THE N.D. MEHTA ) | |
| LIVING TRUST, individually and on ) | |
| behalf of all others similarly situated, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:04-CV-03943-JFM |
| ) | |
| vs. ) | |
| ) | |
| AIG SUNAMERICA LIFE ASSURANCE CO., f/k/a ) | |
| ANCHOR NATIONAL LIFE ASSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Nikita Mehta, as Trustee of the N.D. Mehta Living Trust, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order and judgment entered on the 1st day of June, 2006.

   s/ Robert L. King
Robert L. King #86845
701 Market Street, Suite 350
St. Louis, MO 63101
Phone: (314) 621-4002
Fax: (314) 621-2586
E-mail: king@swedlowking.com

**CERTIFICATE OF SERVICE**

      The undersigned certifies that service of the foregoing document was made by means of the Notice of Electronic Filing on June 30, 2006 to the following counsel of record:

| | |
|---|---|
| **David A Jones** | **Joseph Lee Sorkin** |
| Akin Gump Strauss Hauer and Feld LLP | Akin Gump Strauss Hauer and Feld LLP |
| 300 Convent Ste 1500 | 300 Convent St Ste 1500 |
| San Antonio, TX 78205 | San Antonio, TX 78205 |
| Email: djones@akingump.com | Email: jsorkin@akingump.com |

                                                         s/ Robert L. King
                                                        Robert L. King